PERKINS-GOODWIN COMPANY, Respondent, *v.* CARROLL J. POST, JR., Appellant.

*Perkins-Goodwin Co.* v. *Post*, 160 App. Div. 877, affirmed.

(Submitted December 17, 1915; decided January 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 9, 1913, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon two promissory notes. The only question at issue was the amount due, and the order of reference was made for the purpose of taking and stating an account of the moneys realized from the sale of certain collateral deposited by the maker of the notes with the plaintiff under an agreement to take the collateral and sell it upon the best terms they could, and apply the proceeds to the payment of the notes.

*James A. Stevenson, Jr.,* and *William A. Evans* for appellant.

*Charles D. Ridgway* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.